STATE *v.* SHERBURNE.

An indictment upon *ss.* 5, 6, 7, or 8, *c.* 259, Gen. St., is bad, if it does not show which one of those sections the defendant is accused of violating.

INDICTMENT, for obstructing a sheriff in the service of a capias. The court reserved the question of the sufficiency of the indictment.

*Greene*, solicitor, for the state.

*Mugridge*, for the defendant.

FOSTER, J. The indictment is not sufficient, upon *s.* 5, 6, or 7, *c.* 259, Gen. St., because it does not allege that the officer was engaged in the service of process in a civil case, or in any criminal case described in either of those sections. It is not sufficient, upon *s.* 8, because it does not allege that the officer was in the discharge of any duty of his office " in any case not included in the preceding sections."

*Case discharged.*

STANLEY, J., did not sit.